ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN -8 PM 4: 45
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| COMMUNITY BANK SHARES OF GEORGIA, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. |
| FEDERAL DEPOSIT INSURANCE CORPORATION and CRE/ADC VENTURE 2012-1 LLC, | CV 314-066 |
| Defendant. | |

### O R D E R

In the captioned matter, the parties have filed their <u>fourth</u> joint motion to extend discovery in the case, the last three of which have been for the purpose of settlement negotiations. While the Court appreciates the parties' efforts to compromise, there is no reason to keep this case on the active docket necessitating extensions and thus action by the parties and the Court. For this reason, it is hereby ordered that this case is **ADMINISTRATIVELY CLOSED** for all purposes of statistical reporting.[1] All proceedings herein are **STAYED** until further order of the Court. This case may be reopened by motion of either party.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Administratively closing the case does not prejudice the rights of the parties to this litigation. It is a docket control device used by the Court for statistical purposes.