ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL 28 PM 3:51
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| COMMUNITY BANK SHARES OF GEORGIA, | * |
| Plaintiff, | * |
| vs. | * |
| | * CIVIL ACTION NO. |
| FEDERAL DEPOSIT INSURANCE CORPORATION and CRE/ADC VENTURE 2012-1 LLC, | * CV 314-066 |
| Defendants. | * |

# O R D E R

This case was administratively closed on June 8, 2015, to give the parties an opportunity to pursue settlement negotiations. The parties have now filed a joint "Stipulation of Dismissal with Prejudice." Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

**ORDER ENTERED** at Augusta, Georgia, this 28th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE